NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


J.G.,                                        )
                                             )
               Appellant,                    )
                                             )
v.                                           )          Case No. 2D18-3623
                                             )
STATE OF FLORIDA,                            )
                                             )
               Appellee.                     )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Polk
County; Mark Hofstad, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard P. Albertine, Jr., Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


               Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.